UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV26-01173-MWC-ADS | Date | June 8, 2026 |
|---|---|---|---|
| Title | Tiffney Johnson v. Consumer Portfolio Service Inc. | | |

| Present: The Honorable | MICHELLE W. COURT, United States District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 18, 2026, Plaintiff was ordered to file their notice of interested parties no later than May 25, 2026. There has been no response filed to the Order in Response to Notice of Filer of Deficiencies in Filed Document (Dkt. 16), nor has a notice of interested parties been filed. Plaintiff shall file a notice of interested parties no later than June 17, 2026. Failure to respond will result in the dismissal of this matter.